IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNATHAN M. PARKER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-43-TFM-N |
| | ) |
| RICHARD HETRICK, | ) |
| | ) |
| Respondent. | ) |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED, ADJUDGED, and DECREED** that Petitioner Johnathan M. Parker's Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 7th day of November, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE